IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAMERON BRYANT,
ADC #141579                                                                                    PLAINTIFF

4:09CV00719JMM/HLJ

PAUL W. JACKSON, et al.                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion to dismiss (DE #18) is GRANTED IN PART, with respect to plaintiff's allegations against defendants Jackson and Burton, and DENIED with respect to his due process allegations against defendants Taylor and Howell.

IT IS SO ORDERED this 3rd day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE