## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CAMERON BRYANT,                                                                                PLAINTIFF
ADC #141579

v.                                         4:09-cv-00719-JMM-JTK

PAUL W. JACKSON, et al.                                                                    DEFENDANTS

### ORDER

This matter is before the Court on the Defendants' Motion for Summary Judgment (Doc. No. 41). As of this date, Plaintiff has not filed a Response to the Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Motion for Summary Judgment within ten (10) days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 23rd day of September, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE