## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CAMERON BRYANT,
ADC #141579                                                                                       PLAINTIFF

4:09-cv-00719-JMM-JTK

PAUL W. JACKSON, et al.                                                                    DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 41) is GRANTED, and Plaintiff's Complaint against Defendants is DISMISSED without prejudice.

2. Plaintiff's Motion for the Appointment of Counsel (Doc. No. 47) is DENIED as moot.

IT IS SO ORDERED this 10th day of November, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE