## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CAMERON BRYANT,
ADC #141579                                                                                    PLAINTIFF

4:09-cv-00719-JMM-JTK

PAUL W. JACKSON, et al.                                                                DEFENDANTS

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of November, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE